|  |  |
|---|---|
| 1 | EILEEN M. DECKER<br>United States Attorney |
| 2 | LEON WEIDMAN<br>Assistant United States Attorney |
| 3 | Chief, Civil Division<br>ELLINOR R. CODER, CSBN 258258 |
| 4 | Special Assistant United States Attorney |
| 5 | Social Security Administration, Region IX<br>160 Spear Street, Suite 800 |
| 6 | San Francisco, California 94105<br>Tel: (415) 977-8955 |
| 7 | Fax: (415) 744-0134<br>E-mail: Ellinor.Coder@ssa.gov |
| 8 | Attorneys for Defendant |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| ISMAEL R. PINEDA, | ) Case No. 2:15-cv-02391-RAO |
|---|---|
| Plaintiff, | ) |
| v. | ) **JUDGMENT** |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social<br>Security, | ) |
| Defendant. | ) |

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation to Remand") that was concurrently lodged, IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation to Remand.

DATED: 9/4/15

R. A. OL

HON. ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE