Denise Bourgeois Haley
Attorney at Law: 143709
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562)868-5886
Fax: (562)868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
Ismael Rivera Pineda

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISMAEL RIVERA PINEDA, | Case No.: 2:15-cv-02391-JFW-RAO |
| Plaintiff, | ORDER AWARDING EQUAL |
| | ACCESS TO JUSTICE ACT |
| vs. | ATTORNEY FEES AND EXPENSES |
| | PURSUANT TO 28 U.S.C. § 2412(d) |
| CAROLYN W. COLVIN, Acting | AND COSTS PURSUANT TO 28 |
| Commissioner of Social Security, | U.S.C. § 1920 |
| | |
| Defendant | |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $1,107.00 as authorized by 28 U.S.C. § 2412 be awarded subject to the terms of the Stipulation.

DATE:  December 10, 2015

_____
THE HONORABLE ROZELLA A. OLIVER
UNITED STATES MAGISTRATE JUDGE

-1-

1

Respectfully submitted,

2

LAW OFFICES OF Lawrence D. Rohlfing

3

/s/ *Denise Bourgeois Haley*

_____

4

Denise Bourgeois Haley
Attorney for plaintiff Ismael Rivera Pineda

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26